United States District Court
Southern District of Texas
**ENTERED**
May 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-24-0622 |
| v. | § § | |
| TYLER LOUDON, | § § | |
| Defendant. | § | |

### ORDER

The parties are **ORDERED** to submit either an agreed final judgment or a proposed briefing schedule on the Securities and Exchange Commission's motion for monetary relief within 30 days of the sentencing of Tyler Loudon.

The May 17, 2024, initial pretrial and scheduling conference is **CANCELED**.

**SIGNED** at Houston, Texas, on this the 3rd day of May, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE